FILED

11/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0473

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0473

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

PHILIP BRYSON GRIMSHAW,

      Defendant and Appellant.

## ORDER

Upon consideration of the parties' Stipulation to Supplement the Record with an Omitted Document, and good cause appearing,

IT IS HEREBY ORDERED that the stipulation is ACCEPTED.

The document that the parties attached as an exhibit to the stipulation shall be placed and incorporated into the record for the appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 1 2024